**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M. and
V.A.,

      Plaintiffs,

v.

GOVERNOR JOHN HICKENLOOPER, in his official capacity for prospective injunctive and declarative relief,

      Defendant.

_____

ORDER GRANTING MOTION TO RESTRICT ACCESS AND TO REDACT TERMS
_____

      After review of Plaintiffs' Motion to Restrict Access and to Redact Terms Pursuant to D.C.Colo.L.Civ.R. 7.2, filed September 4, 2013 [1-2], it is

      ORDERED that the motion is granted and document [2] Captioned Key to Redacted Terms in the Complaint is restricted Level 1and plaintiffs shall be identified as indicated in the Complaint.

      Dated: September 5th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge