**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M. and
V.A.,

       Plaintiffs,

v.

GOVERNOR JOHN HCKENLOOPER, in his official capacity for prospective injunctive
and declarative relief,

       Defendant.

_____

ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

       After review of Plaintiffs' Motion to Restrict Access to the Original Complaint and

Restrict Access at Level One Pursuant to D.C.Colo.LCivR 7.2, [8] filed September 10,

2013 [1-2], it is

       ORDERED that the motion is granted.

       Dated: September 10th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge