**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M. and
V.A.,

    Plaintiffs,

v.

GOVERNOR JOHN HCKENLOOPER, in his official capacity for prospective injunctive and declarative relief,

    Defendant.
_____

ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

After review of Plaintiffs' Amended Motion to Restrict Access at Level One [12] filed October 2, 2013, to seal the Supplemented Captioned Key to the Redacted Terms in the Amended Complaint, it is

ORDERED that the motion is granted.

Dated: October 3rd, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge