# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  March 25, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-02406-RPM

A.A.,                                                              Alison L. Ruttenberg
D.M.,
V.A.,
C.A., and
W.B., by and next friend CHERRYL WORKMAN,

      Plaintiffs,

v.

GOVERNOR JOHN HICKENLOOPER, in his official capacity, and   Kathryn A.T. Starnella
TORI KELLY, in her official capacity,
for prospective injunctive and declarative relief,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**10:00 a.m.        Court in session.**

Court's preliminary remarks.

Ms. Starnella agrees that Ronald C. Sloan is a correct named defendant in plaintiffs' Third Amended Complaint.

**ORDERED:   Plaintiffs' proposed Third Amended Complaint attached as [21-1], is accepted for filing today.**

Ms. Ruttenberg answers questions asked by the Court regarding named defendant Tori Kelly and service.

Court states its understanding of the case facts and claims with respect to the Third Amended Complaint and defendants' motion to dismiss.

Argument by Ms. Starnella.

March 25, 2014
13-cv-02406-RPM

Argument by Ms. Ruttenberg.
Ms. Ruttenberg states a hearing with respect to plaintiff C.A. is scheduled for May 19, 2014.

**ORDERED:**   **Governor John Hickenlooper's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [17], is denied with respect to Second Amended Complaint, but John Hickenlooper is dismissed as a named defendant given that Richard C. Sloan is named in his official capacity in the Third Amended Complaint.**
　　　　　　　**Plaintiff shall serve defendant Sloan and Kelly.**

**10:30 a.m.**　　**Court in recess.**

Hearing concluded.  Total time: 30  min.