**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M.,
V.A.,
C.A., and
W.B., by his next friend CHERRYL WORKMAN,

    Plaintiffs,
v.

RONALD C. SLOAN, in his official capacity as Director of the Colorado Bureau of
    Investigation; and
TORI KELLY, in her official capacity,

    Defendants.
_____

## ORDER DISMISSING PLAINTIFF C.A. AND DEFENDANT TORI KELLY AND CORRECTING CASE CAPTION
_____

Upon consideration of the Unopposed Motion to Dismiss C.A. and Tori Kelly as Parties and to Correct the Case Caption [31] , it is

ORDERED that the motion is granted.  Plaintiff C.A.'s claims against the defendants are dismissed with prejudice and it is

FURTHER ORDERED that Defendant Tori Kelly is terminated as a party, and it is

FURTHER ORDERED that the case caption is corrected to reflect that the third Plaintiff's initials are A.V.

Dated: July 28th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge