**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M.,
A.V., and
W.B., by his next friend CHERRYL WORKMAN,

   Plaintiffs,

v.

RONALD C. SLOAN, in his official capacity as Director of the Colorado Bureau of
   Investigation,

   Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

   Pursuant to D.C.COLO.LCivR 16, it is

   ORDERED that  a scheduling conference will be held on **September 23, 2014, at

11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with

the Instructions for Preparation of Scheduling Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the

format provided with those instructions (Rev. 11/11).  The proposed order (original only)

on paper, shall be submitted directly to chambers by **4:00 p.m. on September 18, 2014.**

The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1)

will be completed no later than 10 calendar days before the scheduling conference.

Dated: August 18th, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge