**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M.,
A.V.,
EUGENE NIGHT,
MICHAEL EAST,
DONALD MORRIS and
W.B., by his next friend CHERRYL WORKMAN,

    Plaintiffs,
v.

RONALD C. SLOAN, in his official capacity as Director of the Colorado Bureau of
    Investigation,

    Defendant.
_____

ORDER GRANTING MOTION TO FILE FOURTH AMENDED COMPLAINT AND
MOTION TO MODIFY SCHEDULING ORDER
_____

    Upon review of plaintiffs' motions for file fourth amended complaint [37] and motion to modify the Scheduling Order [38], it is

    ORDERED that the motion for file an amended complaint is granted and the Fourth Amended Complaint attached thereto is accepted for filing. It is

    FURTHER ORDERED that the Scheduling Order is amended to extend deadlines as follows:

    (1)    Discovery cut-off: March 26, 2015.

    (2)    Dispositive Motions Deadline: April 23, 2015.

    (3)    Expert Witness Disclosure:

The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 18, 2014.

The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 22, 2015.

Any rebuttal opinions will be exchanged on or before February 7, 2015.

(4) Interrogatory Schedule: The parties propose submission of the written interrogatories at any time after the date of the 26(f) Conference. The last written interrogatories shall not be served upon any adverse party any later than 33 days before the discovery cut-off date, February 20, 2015.

(5) Schedule for Request for Production of Documents and/or Admissions: The parties propose submission of requests for production of documents at any time after the date of the 26(f) Conference. The last written request for production of documents and/or request for admission shall not be served upon any adverse party any later than 33 days before the discovery cutoff date, February 20, 2015.

Dated:   November 3rd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge