**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M.,
A.V.,
EUGENE KNIGHT,
MICHAEL EAST,
DONALD MORRIS and
W.B., by his next friend CHERRYL WORKMAN,

      Plaintiffs,

v.

RONALD C. SLOAN, in his official capacity as Director of the Colorado Bureau of Investigation,

      Defendant.

_____

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

The Court having considered the joint motion to amend scheduling order [Doc. 42], filed on March 10, 2015, it is

ORDERED that the motion is granted and the discovery deadline is extended to and including June 24, 2015, and the dispositive motion deadline to and including July 24, 2015.

Dated:   March 10th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge