**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-02406-RPM

A.A.,
D.M.,
A.V.,
EUGENE KNIGHT,
MICHAEL EAST,
DONALD MORRIS and
W.B., by his next friend CHERRYL WORKMAN,

    Plaintiffs,

v.

RONALD C. SLOAN, in his official capacity as Director of the Colorado Bureau of Investigation,

    Defendant.

_____

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

The Court having considered the joint motion to amend scheduling order [Doc. 47], filed on June 24, 2015, it is

ORDERED that the motion is granted and the discovery deadline is extended to and including August 31, 2015, and the dispositive motion deadline to and including September 30, 2015.

    Dated:   June 25th, 2015

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____

                                           Richard P. Matsch, Senior District Judge