IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02406-RPM

DAVID MILLARD,
EUGENE KNIGHT, and
ARTURO VEGA,

    Plaintiffs,

v.

MICHAEL RANKIN, in his official capacity as Director of the Colorado Bureau of Investigation,

    Defendant.

---

## PLAINTIFFS' WITNESS LIST

---

| Witness | Date(s) testified: |
|---|---|
| 1. Eugene Knight | ② 11/14/16, 2:17 pm. |
| 2. Arturo Vega | ③ 11/14/16, 3:36 pm. |
| 3. ~~David~~ Michael Millard | ① 11/14/16, 1:13 pm. |
| 4. Jeffrey Matthews | |
| 5. Paula Bieneman | |
| 6. Donald Morris | |
| 7. Jurgita Meyer | ⑧ 11/15/16, 1:29 pm. |
| 8. Sabine ~~Flannery~~ Pascale | ⑦ 11/15/16, 10:58 am. |
| 9. Peter Jones | |
| 10. Andrew Cabell | |

11. Krystal Toner   _____

12. Brian Brockhausen   ⑤ 11/15/16, 9:50 a.m.

13. ~~Rick~~ Richard Gillit   ④ 11/15/16, 9:09 a.m.

14. Peter Weir   ⑥ 11/15/16, 10:29 a.m.