IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02406-RPM

DAVID MILLARD,
EUGENE KNIGHT, and
ARTURO VEGA,

    Plaintiffs,

v.

MICHAEL RANKIN, in his official capacity as Director of the Colorado Bureau of Investigation,

    Defendant.

---

## DEFENDANT'S WITNESS LIST

---

**Witness**　　　　　　　　　　**Date(s) testified:**

1. Michael [Shane] Rankin　　　① 11/14/16, 9:07 a.m.

2. Kristie Mahler　　　　　　　② 11/14/16, 10:22 a.m.