IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2406-RPM

DAVID MILLARD,
EUGENE KNIGHT,
ARTURO VEGA,

      Plaintiffs,

v.

MICHAEL RANKIN, in his official capacity as Director of the Colorado Bureau of Investigation,

      Defendant.

---

## NOTICE OF APPEAL

      NOTICE IS HEREBY GIVEN that Defendant files this appeal to the United States Court of Appeals for the Tenth Circuit from the Order Denying Defendant's Motion for Summary Judgment (Doc. 70) and from the Judgment entered by the Court and the Clerk of this Court on August 31, 2017 (Doc. 107), and further contained in this Court's Findings of Fact, Conclusions of Law, and Order for Entry of Judgment (Doc. 106). This notice of appeal also encompasses review of "all earlier interlocutory orders" by the district court. *McBride v. Citgo Petrol. Corp.*, 281 F.3d 1099, 1104 (10th Cir. 2002).

      Respectfully submitted this 20th day of September, 2017.

CYNTHIA H. COFFMAN
Attorney General

*s/ Robert C. Huss*
ROBERT C. HUSS
CHRIS W. ALBER
Assistant Attorneys General
Colorado Department of Law
Civil Litigation and Employment Law Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6605
Facsimile: (720) 508-6032
Email: rob.huss@coag.gov
          chris.alber@coag.gov

## CERTIFICATE OF SERVICE

This is to certify that on September 20, 2017, the within Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

Alison Ruttenberg, Esq.                    *Courtesy Copy To*:
P.O. Box 19857                              Ted Mink
Boulder, CO   80308
ruttenberg@me.com

*Attorney for Plaintiffs*

*s/ Mariah Cruz-Nanio*

2